**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) DARIUS FERGUSON  2d50/085
(Name of Plaintiff)   (Inmate Number)

M.C.C.F
4250 MANOR DRIVE
STROUDSBURG, PA 18360
(Address)

(2) (SEE Rodney Wilson v. C/o SILVERIO
(Name of Plaintiff)   (Inmate Number)
SAME CLAIMS..

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) C/o SILVERIO
(2) Sec. EYERS
(3) Warden Garry Haidle
(Names of Defendants)
All of M.C.C.F.
(Each named party must be numbered,
and all names must be printed or typed)

3:21-CV-0739
(Case Number)

CIVIL COMPLAINT

**FILED
SCRANTON**

APR 23 2021

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___No

C. If your answer to "B" is Yes:

1. What steps did you take? __filed a grievance docketted as 2021-b-0007__

2. What was the result? __SGT. Byers - Denied, Warden Heidle concurred with Step (1) "SEE ENCLOSURES"__

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: __C/O SILVERIO__
Employed as __correctional officer__ at __M.C.C.F.__
Mailing address: __4250 Manor Drive, Stroudsburg, PA 18360__

(2) Name of second defendant: __Sgt. Byers__
Employed as __Sergeant officer__ at __M.C.C.F.__
Mailing address: __4250 Manor Drive, Stroudsburg, PA 18360__

(3) Name of third defendant: __Warden Garry Haidle__
Employed as __Warden__ at __M.C.C.F.__
Mailing address: __4250 Manor Drive, Stroudsburg, PA 18360__

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 12-22-2020 or there c/o silverio while escorting me to my cell and started grabbing on me and begin to take me to the ground. While on the ground he begin to knee me in my ribs to cause serious bodily injury using excessive force when I was compliant. I filed a grievance about this brutal assault as this was not his first incident but silverios 5 incident using excessive force to cause serious bodily injury (see enclosures) (Exhibit B-1)

2

2. As they know this man is assaulting inmates and Sgt. Eyers reply (step 1) to my grievance and failed to remedy this matter, misleading that I refused to allow orders when the video surveillance footage will prove indeed I was (as he stated - while I was being escorted) that resulted in this brutal assault by Silverio condoning these assaults these guards are giving out... on 1.26.21 was his reply

3. On 2.18.21 Warden Heidle who vaguely stated ("please see the response w/ sgt. Eyers") and no one looked to investigate this matter of excessive force by c/o Silverio.

I was seriously injured by c/o Silverio resulting in medical care for fractured ribs (see medical records) and it's not an isolated incident, also see Wilson v. Silverio, et al. and noone is trying to stop this officer from brutally assaulting inmates

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To declare c/o Silverio actions unconstitutional; immediate fire him for excessive force before he kills or permanently injures an inmate; to award $1 in compensatory and $50,000 in punitive damages for excessive use of force for brutally assaulting me

2. To declare Sgt. Eyers action to not investigate and thoroughly review this matter of excessive force by c/o Silverio unconstitutional; to award $1 compensatory and $50,000 punitive damages for excessive use of force by Silverio who brutally assaulted me while being escorted to my cell and that their denial of relief he's liable.

3. To declare Heidle vague reply unconstitutional as I don't think they ever remedied grievance as it is to deny, deny, deny, and for condoning these assaults and not properly training his officers that this c/o Silverio is using excessive force assaulting inmates by brutally kneeing them in their ribs and knee on neck causing serious bodily injury

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_12\_\_\_ day of \_\_\_\_April_____, 20 21.

_____
(Signature of Plaintiff)

PAGE 1 OF 2   CONTINUATION

## MONROE COUNTY CORRECTIONAL FACILITY
## INMATE GRIEVANCE FORM

INMATE NAME: DARIOUS FERGUSON   OCA# 201501055
GRIEVANCE TRACKING # 2021-G-0007

PART 1: WHILE TALKING ON THE PHONE WHILE ON A "LATE RELEASED" REC OUTING, AND WHILE THE T.V. WAS LOUD, I WAS TALKING ON THE PHONE WITH MY WIFE, AND I WAS QUITE ANIMATED AND LOUD, WHILE THE C.O. WAS TRYING TO GET MY ATTENTION. I WAS NOT PAYING ATTENTION OR LOOKING AT THE C.O. AS MY CALL WAS OF AN URGENT FAMILY MATTER, NOT TO MENTION COSTLY AND BASED ON DURATION. HAVE YOU EVER BEEN ON THE PHONE WITH SOMEONE IN A HEATED CONVERSATION WHILE SOMEONE ELSE IS TRYING TO TALK WITH YOU? THIS IS ANNOYING AND UNPRODUCTIVE FOR ALL INVOLVED, ESPECIALLY UNDER STRESSFUL CONDITIONS. I ALSO WANT TO STATE FOR THE RECORD THAT AT NO TIME DID I BECOME UNCOOPERATIVE. I DEFINITELY VOICED MY DISPLEASURE WITH MY WIFE AND AS I SAID EARLIER I TEND TO GET ANIMATED IN THESE INSTANCES. THE C.O. DIDN'T LIKE MY VOLUMN SO I TUNED IT DOWN, BY THAT TIME HE ENDED THE REC. HAD SOMEONE INDICATED I WAS LOUD OR AWAKENED THEIR SLEEP I WOULD HAVE REFRAINED FROM BEING SO LOUD. HAD I HAVE BEEN "UNCOOPERATIVE" I WOULD NOT HAVE BEEN RESTRAINED SO EASILY.

ALSO IT SHOULD BE DULY NOTED THAT THIS OFFICER HAS SEVERAL

1.

PAGE 2 OF 2 CONTINUATION

## MONROE COUNTY CORRECTIONAL FACILITY
## INMATE GRIEVANCE FORM

INMATE NAME: DARIOUS FERGUSON  OCA# 2015 0155
GRIEVANCE TRACKING # 2021-G-0007

PART I: INSTANCES OF EXCESSIVE USE OF FORCE/BODILY HARM AND IS A DIRECT RESULT OF AN EVEN BIGGER SOCIOPATHEIC BEHAVIORAL ABNORMALITY. THIS OFFICER SHOULD ALSO RECIEVE SOME FORM OF COUNSELING TO CONTROL HIS ANGER ISSUES. THERE WAS NO NEED TO MALICIOUSLY AND WILLFULLY ATTEMPT TO CAUSE ME BODILY INJURY BY KNEEING ME IN THE RIBS TO SUBDUE SOMEONE ONE ALREADY ACQUIESED TO HIM.

PART II: IN ABEYANCE UNTIL SUCH TIME THE BOARD DEEMS APPROPRIATE TO JUDGE MY DEMEANOR AND ACTIONS/CONDUCT OVER A PROLONGED PERIOD. A DISCIPLINARY HEARING FOR OFFICER SILVERIO SHOULD BE SCHEDULED AS THIS IS HIS 4TH INSTANCE OF UNCONTROLLED ANGER/ABUSIVE FORCE IN A 30 DAY PERIOD. HE HAS A HISTORY OF "ASSAULTING" DETAINEES. IN THAT I WAS "KNEED IN MY RIBS" THERE WAS AN EXTREME INTENT TO CAUSE MY SEVERE BODILY HARM. I NEED TO CONTINUE MEDICAL CARE AND FOLLOW UP FOR FRACTURED RIBS, PNUEMONIA, AND OTHER COMPLICATIONS ASSOCIATED WITH URI'S IN THIS AGE OF CORONA. I ALSO WILL PURSUE CIVIL ACTIONS TO ENSURE THIS TYPE OF SANCTIONED BEHAVIOR IS NOT CONDONED IN THIS FACILITY.

2

# Monroe County Correctional Facility
## Inmate Grievance Form

Inmate's Name: Darious Ferguson          OCA # 201501055

Date Grievance requested: 1/8/2021     Date Grievance given to inmate: 1/8/21

Grievance Tracking Number: 2021-C-0007

Completed grievance received by Grievance Coordinator on _____

**Inmate Filing Grievance:**
Complete Parts I and II of this form using clear, specific and brief statements. Attach any request slips which will verify your attempt to resolve this issue with correctional staff and/or supervisors.

**Part I:** State your grievance clearly. If you need more space attach a separate sheet of paper.

GRIEVED INMATE STATES THE AGRIEVED STATE WAS THE RESULT OF AN OVER ZEALOUS OFFICER AND ONE INTIMIDATED BY THE INMATES SIZE AND PRESENCE. (SEE CONTINUATION SHEET (#2))

**Part II:** Action or relief requested.

AGRIEVED INMATE REQUESTS ALL MISCONDUCTS ASSOCIATED WITH THIS INCIDENT TO BE REMOVED AND DEEMED INAPPROPRIATE. OR THIS INSTANCE CAN BE HELD

**Certification:** I submit this grievance in good faith, having exhausted all other remedies and without the intent to harass. I affirm that all statements I have given are true and correct. I understand that I have guarantee against reprisal but also understand that I may face disciplinary action if I have filed this grievance under false pretenses or intentionally made false statements.

Inmate's Signature: [signed]       Inmate Print Name: DARIOUS FERGUSON

**Grievance Response – Step 1**
Answered by: SGT. Eyer          Date: 1/26/2021

This incident was due to you refusing to follow multiple orders to lockdown after you caused a disturbance on the unit. While being escorted you Tensed up and began to pull away which resulted in you being secured on the floor. The minimum amount of force necessary was used in order to gain control of you and secure you in handcuffs. All relief requested is Denied.

I, Inmate Darious R. Ferguson, do not agree with the response in Step 1 and would like this grievance to be sent to the final grievance step.
I understand the Final Step, answered by the Warden/designee is the final step in the grievance process and shall be considered final.

Inmate Signature: [signed]       Print name and date: Darious R Ferguson

**Grievance Response – Final Step**
Answered by Warden: Warden Hoidle          Date: 2/10/2021

Please see the response at step 1

---

Golden rod copy kept by inmate prior to original submission
Pink copy kept by inmate if submitted to Final Step
Upon final response yellow copy to grievance file, white copy to inmate



Mr. Davises Ferguson 20150(0{5
4750 Manor dr
Stroudsburg PA 18360



U.S.D.C
P.O. Box 1148
Scranton PA 18501

1850181148 B099